VIRGINIA: IN THE CIRCUIT COURT OF THE COUNTY OF ROCKBRIDGE

Edward I. Whitmore,

           Plaintiff

V.

           Case No. CL22000223-00

The Kroger Corporation

Serve: RA Agent

(Registered Agent)

1014 Vine Street

Cincinnati, Ohio 45202

           Defendant

## COMPLAINT

Plaintiff, Edward I. Whitmore, moves for judgement against defendant, The Kroger Corporation, on grounds and in amount set forth below:

1. Defendant, The Kroger, Inc., is a corporation organized under the Laws of the Commonwealth of Virginia, having an office and principle place of business at 422 East Nelson Street, Lexington, Virginia 24450, and is in the business of owning and operating the Kroger grocery store located at Lexington, Virginia.
2. On or about the 17th day of December, 2020, plaintiff was a customer at Kroger's, for the purpose of grocery shopping.
3. Defendant had a duty as a grocery store business to exercise due care to maintain a safe premise for customers.
4. Notwithstanding said duty, defendant, its agents or employees, negligently caused a very heavy pallet jack to run into the plaintiff.
5. When plaintiff was shopping in the Kroger dairy aisle, a pallet jack heavily loaded, being operated by an employee, struck plaintiff in multiple parts of the body.
6. As a direct and proximate result of defendants' negligence as fore said, plaintiff was caused severe injury to multiple areas of the body.
7. Plaintiff has been forced to incur substantial hospital, medical, and future surgical bills in an effort to be cured of his injuries, has suffered great physical pain and mental distress, has been hindered in his professional pursuits and personal affairs, and has been

prevented from pursuing his usual occupation for a period of two years, resulting in substantial loss of earnings.

JURY DEMANDED

8. A trial by jury is demanded.
Wherefore, plaintiff, Edward I. Whitmore, demands judgement against defendant, The Kroger Corporation, in the amount of ___Five hundred Thousand___ dollars ($500,000.___) and his cost expended in this action.

Edward I. Whitmore

*Edward I. Whitmore* (signature)

---

Edward Ira Whitmore
868 Abbott Place, Chatham, Virginia 24531
801-362-9390
ewhitmore54@gmail.com

```
                VALIDATE CASE PAPERS
        RCPT : 22000007825
        DATE : 12/15/2022  TIME: 15:10
        CASE : 163CL22000772-00
        ACCT : WHITMORE, EDWARD I
        AMT. : $307.00
```