UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| EDWARD I. WHITMORE, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No.: 6:23-cv-00004-NKM |
| ) | |
| KROGER LIMITED PARTNERSHIP I, ) | |
| ) | |
| *Defendant*. ) | |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT OR, ALTERNATIVELY, OTHER SANCTIONS AGAINST DEFENDANT KROGER

Plaintiff Edward I. Whitmore comes, by counsel, and moves the Court to enter default judgment against Defendant Kroger for its submission of false or fabricated evidence and its spoliation of material evidence, or to, alternatively, impose other sanctions deemed appropriate by the Court. The grounds for this motion are set forth in Plaintiff's contemporaneously-filed Memorandum in Support.

EDWARD I. WHITMORE

By: ____/s/ *Jason R. Whiting*_____
Of Counsel

Jason R. Whiting, Esq.
VSB No. 88093
WHITING INJURY LAW, PLLC
4358 Starkey Road, Ste. A
Roanoke, VA  24018
P: (540) 732-6837
F: (540) 747-7055
whiting@whitinginjury.com
    *Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I do hereby certify that on this 26th day of August, 2024, a true and accurate copy of the foregoing was filed with the Clerk of Court using the CM/ECF system.

                                                                                                   /s/*Jason R. Whiting*
                                                                                                    Jason R. Whiting, Esq.