CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/6/2024
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| EDWARD I. WHITMORE,<br><br>       *Plaintiff,*<br><br>v.<br><br>KROGER LIMITED PARTNERSHIP I,<br><br>       *Defendant.* | CASE NO. 6:23-CV-00004<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  Plaintiff Edward Whitmore sues Defendant Kroger Limited Partnership for negligence. In his complaint, Whitmore alleges that he was shopping in the dairy aisle of a Kroger grocery store when a Kroger employee hit his shopping cart with a pallet jack, pinning Whitmore between his shopping cart and the dairy shelving unit—causing him serious harm. After Kroger made several unsuccessful attempts to dismiss Whitmore's *pro se* suit, Whitmore retained counsel and both parties engaged in discovery. Now before the Court is Whitmore's motion for sanctions or, alternatively, default judgment. *See* Dkt. 77 (motion); Dkt. 78 (brief in support).

  Upon consideration of Whitmore's motion and the parties' arguments, the Court finds that spoliation has occurred and is prejudicial to Whitmore, warranting sanctions. However, the Court is not persuaded that Kroger acted intentionally to spoil the evidence, or that Kroger practiced fraud upon the Court so as to warrant default judgment in Whitmore's favor. Therefore, as explained in the Court's accompanying memorandum opinion, the Court hereby **GRANTS** Whitmore's Motion for Sanctions, **Dkt. 77**, to the extent that the Court will instruct the jury at

trial that it may presume the lost evidence was unfavorable to Kroger. The Court **DENIES** Whitmore's motion to the extent that it requests greater sanctions.

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this 6th day of December, 2024.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE